UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | | |
|---|---|---|
| TYROME LOTT )<br>    Plaintiff )<br> )<br>v. )<br> )<br>LOUISVILLE/JEFFERSON COUNTY )<br>METRO GOVERNMENT, et al. )<br>    Defendants ) | | CASE NO. 3:19-CV-00271-RGJ |

### AGREED MOTION FOR SETTLEMENT APPROVAL

Plaintiff, Tyrome Lott, individually and on behalf of all members of the Class, by and through Plaintiffs' counsel appointed by the Court on March 17, 2021 (Dkt. 30), and Defendants Louisville-Jefferson County Metro Government ("Metro Government"), Erika Shields ("Shields"), in her official capacity as Chief of Louisville Metro Police Department, Steve Conrad, in his individual capacity, and Vanessa Burns ("Burns"), individually and in her official capacity as Secretary of Public Works as Assets for Metro Government[1], jointly move this Court for an order preliminary approving the mediated settlement of $1,500,000.00 in this matter.

A Joint Memorandum in Support is included with this Motion and a proposed Order is tendered herewith.

---

[1] The parties initially believed a motion to substitute parties had become necessary however Metro Government determined otherwise resolving that concern for the time-being.

Respectfully submitted,

/s/  James L. Deckard
James L. Deckard
MATTHEW R. MALONE
HURT, DECKARD & MAY, PLLC
106 W. Vine Street; Suite 401
Lexington, Kentucky 40507
Telephone: (859) 254-0000
jdeckard@hdmfirm.com
mmalone@hdmfirm.com
*Plaintiff's Counsel*

and

Michael T. Alexander
6701 Foxcroft Road
Prospect, Kentucky  40059
Telephone: (502) 554-0139
alexanderandassociates123@gmail.com
*Plaintiff's counsel*

MICHAEL J. O'CONNELL
JEFFERSON COUNTY ATTORNEY

/s/John F. Carroll (with permission)
John F. Carroll
Assistant Jefferson County Attorney
200 South Fifth Street, Suite 300N
Louisville, Kentucky  40202
John.carroll2@louisvilleky.gov
Telephone:  (502) 574-6321

and

Jan M. West
Goldberg & Simpson, LLC
Norton Commons
9301 Dayflower Street
Prospect, Kentucky  40059
jwest@goldbergsimpson.com
*Co-counsel for Defendants*