UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION
CIVIL ACTION NO. 3:19-CV-271-RGJ

TYROME LOTT                                                                                    PLAINTIFF

v.

LOUISVILLE METRO GOVERNMENT, et al.                                          DEFENDANTS

\* \* \* \* \*

## JUDGMENT

In accordance with the Memorandum Opinion and Order entered this same date and pursuant to Rule 58 of the Federal Rules of Civil Procedure it is **ORDERED** and **ADJUDGED** as follows:

(1) This action is **DISMISSED** with prejudice and **STRICKEN** from the Court's docket.

(2) This is a **FINAL** and **APPEALABLE** Judgment, and there is no just cause for delay.

(3) The Clerk of the Court shall close this case.

*Rebecca Grady Jennings, District Judge*
*United States District Court*

August 8, 2023

1